UNITED STATES DISTRICT COURT WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA SOUZA a/k/a ALANA CAMPOS, CIELO JEAN GIBSON a/k/a CJ GIBSON, DESSIE MITCHESON, EMILY SEARS, EVA PEPAJ, HEATHER RAE YOUNG, HILLARY FISHER VINSON a/k/a HILLARY HEPNER, JESSICA GOLDEN a/k/a JESSE GOLDEN, LUCY PINDER, MARIANA DAVALOS, MARKETA KAZDOVA, PAOLA CANAS, TIFFANY SELBY, RHIAN SUGDEN, and TIFFANY TOTH GRAY, <br><br>Plaintiffs, <br><br>- against - <br><br>BRASS SADDLE, INC. d/b/a THE FILLY CORRAL and BETTY ANN BISACCA, <br><br>Defendants. | Case No.  2:19-cv-00683 <br><br>**MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE** <br><br>ELECTRONICALLY FILED |

Plaintiffs ALANA SOUZA A/K/A ALANA CAMPOS, CIELO JEAN GIBSON a/k/a CJ GIBSON, DESSIE MITCHESON, EMILY SEARS, EVA PEPAJ, HEATHER RAE YOUNG, HILLARY FISHER VINSON A/K/A HILLARY HEPNER, JESSICA GOLDEN A/K/A JESSE GOLDEN, LUCY PINDER, MARIANA DAVALOS, MARKETA KAZDOVA, PAOLA CANAS, TIFFANY SELBY, RHIAN SUGDEN, and TIFFANY TOTH GRAY (collectively, "Plaintiffs"), by and through their undersigned counsel, as and for their Complaint ("Complaint") against defendants BRASS SADDLE, INC. d/b/a THE FILLY CORRAL and BETTY ANN BISACCA (collectively "Defendants") respectfully allege as follows:

1. Shortly after filing the instant lawsuit complaints and waiver of service packets were mailed to the primary place of business of the Defendants. The business location where the packets were sent is known to be in operation.

2. Those service packets were delivered and have not been returned to counsel.

3. The Defendants have not responded despite receiving copies of service documents and complaints.

4. After discussing with the front office clerk Plaintiff now seeks an additional 60 days to effectuate service of summons by way of personal service of sealed summons.

WHEREFORE, Plaintiff respectfully requests an additional 60 days to complete service on the Defendants.

Respectfully submitted,

s/Louis J. Kroeck
Attorney for Plaintiff

Louis J. Kroeck
PA ID No. 210045
Lou@Ljk-law.com

12th Floor, Park Building
355 Fifth Avenue
Pittsburgh, PA 15222
412-712-7605

and

_/s John Golaszewski
John V. Golaszewski
The Casas Law Firm, PC
1740 Broadway, 15th Floor
New York, New York
T: 646-872-3178
F: 855.220.9626
john@casaslawfirm.com
*Pro Hac Vice Application Forthcoming*