AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-00731-PUP

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   FLASHDANCERS, INC

was received by me on *(date)*   24 Octo.

☑ I personally served the summons on the individual at *(place)*   325 SHARON RD, RTE 18   GREENVILLE,

on *(date)*   25 OCTOBER 2019 ; or   PA 15162

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☐ Other *(specify):*

My fees are $   93.96   for travel and $   50   for services, for a total of $   143.96   ~~0.00~~

I declare under penalty of perjury that this information is true.

Date:   10/25/19

*Server's signature*

CHRISTY LEONARDO
*Printed name and title*

205 FOREST EDGE DRIVE   SEWICKLEY, PA 15143
*Server's address*

Additional information regarding attempted service, etc:

Print        Save As...                                                Reset