AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-00731-PJP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      HARVEST BREEZE INC.

was received by me on *(date)*   24 OCTOBER 2019.

☒ I personally served the summons on the individual at *(place)*   325 SHARON RD. RTE. 18 GREENVILLE
on *(date)*   25 OCTOBER 2019 ; or      PA 15162

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/25/19

_____
*Server's signature*

CHRISTY LEONARDO
*Printed name and title*


205 FOREST EDGE DRIVE   SEWICKEY, PA
*Server's address*        15143

Additional information regarding attempted service, etc: